**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Robert J. Salazar and Elia Salazar v. HP Texas I LLC dba HP Texas LLC, HPA Texas Sub 2016-1 LLC, SER Texas LLC, and Pathlight Property Management Co.

Appellate case number:    01-19-00926-CV

Trial court case number:   2019-17589

Trial court:               127th District Court of Harris County

Appellants, Robert J. Salazar and Elia Salazar, have filed a motion for reconsideration of this Court's January 9, 2020 order denying appellants' emergency motion for temporary injunction. We **deny** appellants' motion.

It is so ORDERED.

Judge's signature:    /s/ Evelyn V. Keyes
                             ☑ Acting individually    ☐ Acting for the Court

Date: January 30, 2020